

FILED

04/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0182

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0182

FILED

APR 2 7 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

A.D.Y.,

Respondent and Appellant.

O R D E R

Counsel for Appellant A.D.Y. filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). A.D.Y. was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in the appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Appellant A.D.Y. personally.

DATED this _27_ day of April, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices